961 F.2d 210
 U.S.
v.
Nweke (Anthony N.), a/k/a Ike (Lammy, Lammy A., Lemmy A.),
Thomas (Kenneth, Michael K.), Manigault (Kimberly R.), a/k/a
Romaine (Kimberly R.), Wells (Darnella C.), Ocheja (Arome),
Embry (Shawn E.), Nweke (Mathew K.), a/k/a Chuba (Martin),
Chupa (Martin), Awan (Tony), Mulligan (Gerald), Emejulu
(Anthony Chukwuma), a/k/a Emejuly (Chuma), Enech (Anthony),
Eneh (Tony)
 NO. 91-3908
 United States Court of Appeals,
Third Circuit.
 Mar 25, 1992
 
 Appeal From: W.D.Pa.,
 Mencer, J.
 
 
 1
 AFFIRMED.